

establish harmlessness beyond a reasonable doubt relative to preserved claims of trial error. *See generally Commonwealth v. Howard,* 538 Pa. 86, 99–100, 645 A.2d 1300, 1307–08 (1994) (distinguishing between prejudice and harmless error review).

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of January, 2005, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Commonwealth Court based on our decision in *Siekierda v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 860 A.2d 76 (Pa.2004).